UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-2355 GW (RZ) | Date | March 28, 2012 |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA v. DAVID D. ESPINAL | | |

| Present: The Honorable | GEORGE H. WU, U.S. DISTRICT JUDGE |
|---|---|
| Javier Gonzalez | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:** (In Chambers)
**SUMMARY DISMISSAL OF SECTION 2255 MOTION FILED BY PETITIONER CONVICTED IN DISTRICT OF HAWAII
(filed March 20, 2012)**

David D. Espinal pleaded guilty to drug-related charges in the District of Hawaii in 2007 in that district's case number 02-CR-00176 DAE-1. He has filed a motion pursuant to 28 U.S.C. § 2255 challenging the legality of his conviction on various grounds.

He sought similar relief here in 2011, having labeled his pleading as a habeas action under § 2241, but the Court summarily dismissed it as a disguised 2255 motion that could only properly be brought before the Hawaii district court. *See generally* docket in *Espinal v. Sanders*, No. CV 11-2217 GW (RZ). At the time, Petitioner candidly explained that he resorted to § 2241 because he believed a § 2255 motion would be time-barred. *See* Pet. ¶ 12 in prior action.

As the Court told Espinal in his prior action, however, a section 2255 motion may be heard only in the sentencing District Court, *see* 28 U.S.C. § 2255(a), for that is the court most familiar with Petitioner's trial and its possible shortcomings. Accordingly, the Court DISMISSES this action WITHOUT PREJUDICE to Espinal's pursuit of similar remedies in the District of Hawaii or in the Court of Appeals.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |